IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARCUS DONTRIEL CHAMBERS,       )
                                )
           Petitioner,          )
                                )
    v.                          )    1:24-cv-309
                                )
SHU STAFF AT UNITED STATES      )
PENITENTIARY,                   )
                                )
           Respondent.          )

## ORDER

On April 22, 2024, the United States Magistrate Judge's Order and Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 2), is hereby **ADOPTED. IT IS FURTHER ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** to Petitioner filing a new complaint on the proper forms and in the correct district, which corrects the defects cited in the Recommendation.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 8th day of July, 2024.

_____
            United States District Judge